# United States District Court

DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NUMBER: **17-6056-01-KGG** |
| ) | |
| **XZAVIER CHRISTIAN GULIFORD,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

On or about March 18, 2017, in the District of Kansas, the defendant,

**XZAVIER CHRISTIAN GULIFORD,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting commerce, a firearm, to wit:

1. a Sar Arms, 9mm semi-automatic handgun;

said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

(see attached affidavit, which is incorporated herein by reference.)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

_____
SA JUSTIN SPRAGUE
ATF

Sworn to this 28th day of April 2017, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, **XZAVIER CHRISTIAN GULIFORD,** committed the offense set forth in this Complaint.

_____
HONORABLE KENNETH G. GALE
United States Magistrate Judge

## AFFIDAVIT

I, Justin D. Sprague, the Affiant being duly sworn, declare and state:

1.  I have been employed as a Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since December of 2013. I am currently assigned to the Wichita Field Office in Wichita, KS. As a Special Agent with ATF, I have attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training. I have also attended Firearms Interstate Nexus Training hosted by ATF and am in the process of becoming a Firearm and Ammunition Interstate Nexus Expert. Previous to this, I was an Industry Operations Investigator with ATF for six years specializing in regulatory enforcement of firearms and explosives regulations. I have two years with the Emporia Police Department as a police officer conducting daily patrol activities. I am also a graduate from Pittsburg State University with a Bachelor of Science in Justice Studies.

2.  I make this affidavit from personal knowledge based on my participation in this investigation, including observations by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, reviewing court documents and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware of relating to this investigation.

3.  On March 18, 2017, at approximately 1116 hours Deputy Travis Mumma with the Jackson County, Kansas, Sheriff's Office, conducted a traffic stop on a black Dodge Challenger bearing Oklahoma temporary license plate UD6418-001391. Deputy Mumma conducted the stop

based on the vehicle traveling 97 miles per hour (mph) in a 65 mph speed zone on U.S. Highway 75 near 246th St in Jackson County Kansas.

4. Deputy Mumma contacted the driver identified as, Xzavier Christian GULIFORD (black male, date of birth 12/03/1992), who provided Deputy Mumma with a Kansas Identification Card. GULIFORD also advised that he did not have an insurance card with him in the vehicle. Deputy Mumma was advised through his dispatch that GULIFORD's driver's license was revoked. Deputy Mumma had GULIFORD exit the vehicle and placed him under arrest for driving while revoked.

5. Based on the fact that GULIFORD had no proof of insurance for the vehicle, Deputy Mumma requested that the vehicle be towed and conducted an inventory of the vehicle per departmental policy. During that inventory, Deputy Mumma located a firearm on the rear passenger floor board. The firearm was loaded with a total of 17 live 9mm ammunition cartridges. Deputy Mumma was advised by dispatch that GULIFORD had extensive criminal history to include criminal possession of a firearm.

6. SA Sprague further researched GULIFORD's criminal history and identified that he was previously convicted on March 5, 2012 through the Sedgwick County District Court for Burglary (K.S.A. 21-3715(b)), GULIFORD was paroled on that conviction on February 4, 2015. Additionally, GULIFORD had plead guilty on March 6, 2017, in Sedgwick County District Court to one count of Aggravated Escape and one count of possession of Marijuana after a prior conviction.

7. Based on my knowledge and experience, the firearm, a Sar Arms 9 mm handgun, that was located in the car was manufactured outside the United States, therefore, the defendant possessed the firearm in and affecting commerce and it had been shipped and transported in

interstate commerce. Accordingly, I submit there is probable cause for an arrest warrant to be issued based on the defendant's allegedly being a felon in possession of a firearm.

_____
Justin Sprague, Special Agent, ATFE

Subscribed and sworn this April 28, 2017.

_____
Kenneth G. Gale
United States Magistrate Judge
District of Kansas