Amended Prob 12C (12/04)  
(D/KS 04/22)

PACTS# 3550673

# United States District Court
## for the
## District of Kansas

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  **Xzavier Christian Guliford**        Case Number:  **1083 6:17CR10070-001**
**1083 6:23CM60044-001**

Sentencing Judicial Officer:  **1083 6:17CR10070-001-** Honorable Eric F. Melgren, Chief U.S. District Judge

Sentencing Judicial Officer:  **1083 6:23CM60044-001-** Honorable Xavier Rodriguez, U.S. District Judge
Reassigned Judicial Officer: Honorable Eric F. Melgren, Chief U.S. District Judge

Date of Original Sentence:  **1083 6:17CR10070-001-** 09/21/2017
**1083 6:23CM60044-001-** 06/18/2019

Original Offense:  **1083 6:17CR10070-001-** Felon in Possession of a Firearm
**1083 6:23CM60044-001-** Interference with Commerce by Robbery Conspiracy and Theft of Firearms from a Federal Firearm Licensee; Aiding and Abetting

Original Sentence:  **1083 6:17CR10070-001-** 37 Months Prison, 36 Months Supervised Release
**1083 6:23CM60044-001-** 70 Months Prison, 36 Months Supervised Release

Type of Supervision:  TSR                                         Date Supervision Commenced:  06/16/2023
Asst. U.S. Attorney:  Lanny D. Welch                        Defense Attorney:  Ellen Bertels

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that Mr. Guliford has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **1083 6:23CM60044-001-** <u>Mandatory Condition #7:</u> **You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.** |
|  | Mr. Guliford failed to make a payment toward his court ordered monetary penalties for the months of July, August, October, and November 2023; January, February, March, and April 2024. |
| 2 | **1083 6:17CR10070-001-** <u>Standard Condition #13:</u> **You must follow the instructions of the probation officer related to the conditions of supervision.** |

| Amended Prob 12C | -2- | |
|---|---|---|
| Name of Offender: Xzavier Christian Guliford | | Case Number:  1083 6:17CR10070-001 |
| | | 1083 6:23CM60044-001 |

**1083 6:23CM60044-001- <u>Standard Condition #13:</u> The defendant shall follow the instructions of the probation officer related to the conditions of supervision.**

On 08/01/2023, Mr. Guliford was emailed the list of open child support cases in Sedgwick County and directed to set up payment with Child Support Enforcement (CSE). Mr. Guliford failed to contact CSE.

On 08/28/2023, Mr. Guliford reported to the US Probation office and was directed to provide this officer with ER paperwork showing the results of an X-ray he received on 08/10/2023, diagnosing him with a back injury. Mr. Guliford failed to provide any verification of this diagnosis.

On 08/29/2023, Mr. Guliford was directed to provide verification of the results of his X-ray. Mr. Guliford again failed to provide this verification.

On 09/15/2023, Mr. Guliford was directed to provide verification of the results of his X-ray. Mr. Guliford again failed to provide this verification.

3      **1083 6:17CR10070-001- <u>Special Condition #5:</u> During the course of supervision, you must make regular monthly child support payments in accordance with any payment plan established by state authorities.**

**1083 6:23CM60044-001- <u>Special Condition #3:</u> During the course of supervision, you must make regular monthly child support payments in accordance with any payment plan established by state authorities.**

Mr. Guliford failed to make a regular monthly child support payment for the months of February, March and April 2024.

<u>U.S. Probation Officer Recommendation:</u>

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

| | |
|---|---|
| Amended Prob 12C | -3- |
| Name of Offender: Xzavier Christian Guliford | Case Number: 1083 6:17CR10070-001 |
| | 1083 6:23CM60044-001 |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 06/11/2024

by _____
Adam C. Paredes
Senior U.S. Probation Officer

Approved:

_____
Joel Cromwell, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Issuance of a Warrant. Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition, and Warrant unsealed upon arrest.
☒ The Issuance of a Summons
☐ Other:

s/ Eric F. Melgren
Signature of Judicial Officer

6/11/2024
Date

Defendant to appear on June 13, 2024 at 9:00 am
before the Honorable Eric F. Melgren, Chief U.S. District Judge,
Courtroom Number 408 in Wichita, Kansas.